# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RODRICUS GRIFFIE             )
                                    )

          Plaintiff,            )          Civil Action No. 2:22-cv-616
                                      )

v.                              )
                                    )          Magistrate Judge Lenihan

MS PICCINI, *CO Officer*         )
                                    )

          Defendant.        )

## ORDER

**AND NOW,** this 21st day of July, 2022, because Plaintiff has voluntarily withdrawn his Complaint before the Defendant has been served, **IT IS HEREBY ORDERED** that the agency having custody of Plaintiff shall cease withdrawing funds from Plaintiff's inmate account to pay the remainder of the filing fees for this case. Plaintiff is warned, however, that this Order will be vacated and he will be responsible for paying the remaining amount of the filing fee if he moves to reopen this case. The Clerk of Court is instructed to mail a certified copy of this Order to the inmate account officer at Plaintiff's place of confinement.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Rodricus Griffie
22-00209
Beaver County Jail
6000 Woodlawn Road
Aliquippa, PA  15001

Inmate Account Officer
Beaver County Jail